# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ANKIT ANKIT
[A# 246-758-760],

        Petitioner,

    v.

CHRISTOPHER CHESTNUT, *et. al.,*

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:26-cv-03908-TLN-JDP

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME**

Petitioner has moved for a thirty (30) day extension of time to file a reply to Respondents' Answer and Motion to Dismiss. Good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 9) is **GRANTED**.

Petitioner shall file his reply to Respondents' Answer and Motion to Dismiss **on or before July 11, 2026**.

IT IS SO ORDERED.

Dated:   June 18, 2026                      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1